1  **CAROL ANN MOSES #164193**
   Attorney at Law
2  545 East Alluvial, Suite 112
   Fresno, California 93720
3  Telephone (559) 449-9069
   Facsimile (559) 449-9016
4

5  Attorney for Defendant, SHAUNA LEARY

6

7

8  UNITED STATES DISTRICT COURT

9  EASTERN DISTRICT OF CALIFORNIA

10 UNITED STATES GOVERNMENT,    )    CASE #6:06-mj-00230-WMW
                                )
11         Plaintiff,            )
                                )    STIPULATION TO CONTINUE
12                              )    UNTIL FEBRUARY 20, 2007
                                )
13 vs.                          )
                                )
14 SHAUNA LEARY,                )
                                )
15         Defendant.            )
                                )
16 _____)

17         IT IS HEREBY STIPULATED by and between the Defendant, SHAUNA LEARY, her

18 Attorney of record, Carol Ann Moses, and the Legal Officer for the United States Government,

19 ELIZABETH WALDOW, that the Status Conference in the above-captioned matter currently

20 scheduled for January 23, 2007, at 10:00 a.m. be continued until February 20, 2007 at 10:00 a.m.

21 as the plea agreement has not been returned.

22 Dated:   January 17, 2007

23                                          By:  /S/ Carol Ann Moses
                                                 CAROL ANN MOSES
24                                               Attorney for Defendant
                                                 SHAUNA LEARY
25 Dated:   January 18, 2007
                                            By:  /S/ Elizabeth Waldow
26                                               Elizabeth Waldow
                                                 Legal Officer for
27                                               United States Government

28

* * * ORDER * * *

The Court, having reviewed the above request for a Continuance of Status Conference until February 20, 2007 and Order Thereon, HEREBY ORDERS AS FOLLOWS:

1. The Status Conference Hearing for Defendant, SHAUNA LEARY, shall be continued to February 20, 2007 at 10:00 a.m.

Dated: _____, 2007

By: _____
WILLIAM M WUNDERLICH
United States Magistrate Judge

IT IS SO ORDERED.

**Dated:   January 22, 2007        /s/  William M. Wunderlich**
mmkd34UNITED STATES MAGISTRATE JUDGE